IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Semionov v. Clinton County, et al. | : | CIVIL NO. 1:CV-11-0093 |
| Inmate: Alexei Semionov | : | (Judge Conner) |
| ID Number: 10-0810 | : | (Magistrate Judge Smyser) |

## ORDER

On January 12, 2011, Alexei Semionov, an inmate currently confined at the Clinton County Correctional Facility, McElhattan, Pennsylvania, filed the above civil rights complaint without submitting a filing fee or the forms required to proceed in forma pauperis in a civil rights case. By Administrative Order dated January 13, 2011, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed in forma pauperis and an authorization form. The appropriate forms were enclosed with the Order.

On January 25, 2011, Semionov submitted his application to proceed in forma pauperis, however, he did not complete and return the required authorization form. On February 4, 2011, the Court issued a Second Administrative Order informing the Plaintiff that in order for his case to proceed, he must either pay the filing fee or submit the necessary authorization form within ten (10) days. An authorization form was enclosed with that Order.

Notwithstanding this admonition, the Plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of

Court shall close this file.

                                       s/ Christopher C. Conner
                                       CHRISTOPHER C. CONNER
                                       United States District Judge

DATE: February 25, 2011